FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 23 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 20-1754 JH |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(9) and 924: |
| ) | Prohibited Person in Possession of a |
| TORIN JAVAR KING, ) | Firearm and Ammunition. |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about August 24, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **TORIN JAVAR KING**, knowing that he had been convicted of a misdemeanor crime of domestic violence, specifically, battery on a household member, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(9) and 924.

### FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **TORIN JAVAR KING**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Glock 43X 9mm handgun, serial number BNGF345, and

b. approximately ten rounds of ammunition loaded in the Glock firearm.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney